UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                              CASE NO. 6:91-cr-074-Orl-19

AMANDA OCAMPO-TELLO,

    Defendant.

_____

## **ORDER**

This case is before the Court on the following motion:

**MOTION**:    Defendant's Status on a Motion Submitted on or Around June 15, 2004 (Doc. No. 475, filed June 23, 2005).

Thereon it is **ORDERED** that the motion is **DENIED as moot**. The Court has no record of any document filed by Defendant in this case in the last three years.

**DONE AND ORDERED** at Orlando, Florida this   19th   day of July, 2005.

_[signature]_
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 7/19
Amanda Ocampo-Tello
Counsel of Record